Forma Pauperis        AO 240

Romano Paul F. JR.
_Defendant_              N°: 0511005411

06-686

Doc, civigenits
_Respondent_



Forma Pauperis

On This day 1, November, 2006 I Hereby Request for Releaf of Payment of filling fees

I Am currently In C-Wp And such forms Are not Avialible, Please Except this form As A Request of Payment

Respectfully;
Paul F. Romano
Paul F. Romano JR.
SBI 172653

1