AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

06-686

| United States District Court | District 1:06-CU573 JJ.F. | | |
|---|---|---|---|
| Name Romano Paul F JR | Prisoner No. 172653 | Case No. | |
| Place of Confinement C-UOP   875 Smyrna Landing Rd Smyrna Del. | | | |
| Name of Petitioner (include name under which convicted) Paul F. Romano JR. | v. | Name of Respondent (authorized person having custody of petitioner) D.O.C. C-UOP | |
| The Attorney General of the State of: Delaware : Carl Danberg | | | |

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack  NCC Superior Court 500 Nth King Str Wil. Del. 19801

2. Date of judgment of conviction  4-13-06

3. Length of sentence  2yrs Level V Suspended After 14 days Hold Level III Bed space Avalible Level II crest 18 months after/dar.

4. Nature of offense involved (all counts)  UOP - Forg 2nd

5. What was your plea? (Check one)
   (a) Not guilty   ☐
   (b) Guilty       ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

06-686

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         ☐
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

**FILED**
NOV 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____
   _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____
   _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____
   _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __Superior court Review of sentence__

   (2) Result __Denidied__
   _____

   (3) Date of result and citation, if known __September 13th, 06__

   (4) Grounds raised __Doc. Modified sentence without Judges__
   __cocent Chaugee Illegal court order__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Superior court__

    (2) Nature of proceeding __Modification + appeal__

    (3) Grounds raised __Failure Due process, cruel + unusual Punishment__
    __Excesice Punishment, Tampering w/t court Documents__

(3)

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☒    No ☐
(2) Second petition, etc.    Yes ☒    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
  CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Tampering with Court Documents Exibit "A"

Supporting FACTS (state *briefly* without citing cases or law) failed to Release on 4/13/06 court Richard R. Cooch Sentence was 2yrs Level V Supended After 14 days Hold At Level III apon Bed space Level IV Crest upon Sucesful completion 18 months Level III with After care.

B. Ground two: Coiaboration!

Supporting FACTS (state *briefly* without citing cases or law): Counslour's named In case were Presented with question of why am I Here Told me My Sentencing order sentenced me Here! C-vop Civigenits not crest Probation + Perole officer Ms. Williams said My Level III was Revoked not true Level II was, "Resentenced."

(5)

Exhibit A

## Offender Status Sheet

Date: 10/18/2006

| SBI #: | 00172653 | Name: | PAUL F ROMANO | | Sex: | M | |
|---|---|---|---|---|---|---|---|
| Location(s): | CVOP | Level(s): | 4 | Race: WHITE | DOB: | 07/01/1964 | Sex Offender: [ ] |
| AKA: | PAUL F ROMANO; PAUL ROMANO; PAUL F ROMANO | | | | | | |
| Offender Type: | Sentenced | | | Officer(s): | | | |

Level: 4

Start Date: 04/13/2006    MED: 03/29/2008    STRD: 02/01/2008    ADJ: 02/01/2008    PED:    Statutory Days Earned: 57.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0511005411 U7 | VN0511191301 Richard R Cooch | VOP (FORGERY 2ND) STANDARD  04/13/2006 | Current 03/30/2006 | 1 | 11 | 17 | 04/13/2006 | 03/29/2008 | 02/01/2008 | 02/01/2008 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0511191301 | 4 | CRT1 | Other Conditions: | SENTENCED TO 2Y L5 SUSP. AFTER 14D FOR BAL. @ L4 CREST. UPON SUCCESSFUL COMPLETION OF L4 CREST, BAL. IS SUSP. FOR 18M L3 CREST AFTERCARE./CAR |

*New Status Sheet Recieved on 10/18/06*

*williams*

*Where is Hold At Level III*

SHH   e-VOP   Curtis Exhibit "A"

**SENTENCING WORKSHEET**

| DEFT. | DEFENDANT NAME: ROMANO, PAUL F. AKA: | S. 001721053 Date: 4/13/06 Time: 9:00 AM |
|---|---|---|
| CHARGE | ID NUMBER: 0511005411  DOB: 7/1/64  Judge: RRC | |
| | CHARGE: VOP FORG. 2ND LIO: Cr.A. VN0511 1913-01 | ☐ No Injury or Death Pursuant to 21 Del. C. § 4205A: Defendants convicted under §4177B(e)(1)a-d; the terms of imprisonment defined in this title may be served at Level 4 as defined in 11 Del. C. §4204(c)(4) BAC: RECEIVED ☐ 4214(a) ☐ 4214(b) |
| FINANCIAL | ☐ Pay Costs ☐ Costs Suspended  ☐ PD Fee/Conflict ☐ Surcharges ☐ Diversion Fee ☐ SARTEP  ☐ 15% ☐ 18% ☐ Pay Fine: $____ ☐ Amount Suspended $____ | APR 27 2006 ☐ Civil Penalty ☐ CCE to collect ☐ Civil Judgment ☐ Deemed uncollectible DOS ☐ Transferred to: Cr.A.____ |

☒ VOP/Contempt  ☒ Revoked  ☐ Not Found  ☐ Continued  ☐ Modified  ☐ Discharged  ☐ Withdrawn  ☐ Dismissed
☐ Resent/Review  ☐ Boot Camp/ Diversion  ☐ Boot Camp  ☐ 4177(d)(5)  ☐ GSP

| IMPRISONMENT / PROBATION | Effective: _____ Deferred DATE: _____ Facility _____ Be imprisoned for **2** years ____ months ____ days At level **5** Level 5 Treatment: _____ ☐ Min. Mandatory time: _____ Title/Sec: _____ ☐ Credit For: _____ ☐ No Credit Time Due | (CIRCLE ONE) COMMITMENT RELEASE DEFERRED COMMITTMENT |
|---|---|---|

☐ Suspended Immediately      ☐ Suspended Time Served
☒ Suspended After **14 days**  ☒ for **Bal** at level **4**  ⓒ Crest / Work Rel / Home conf / VOP center
☒ Suspended After **45 C**    ☒ for **18 mo** at level **3**  Crest after Care Crest / Work Rel / Home conf / VOP center
☐ Suspended After _____     ☐ for _____ at level _____  ☐ Crest / Work Rel / Home conf / VOP center

← where is the Rest of my sentence worksheet

77 DoC Covered up This section

## Offender Status Sheet

Date: 04/13/2006

SBI #: 00172653   Name: PAUL F ROMANO
Location(s): SCCC,DO52   Level(s): 5,2   Race: WHITE   DOB: 07/01/1964
AKA: PAUL ROMANO; PAUL F ROMANO; PAUL F ROMANO
Offender Type: Sentenced,Sentenced Probationer   Officer(s): Sweeney, Kate (52)

**Level 5**

Start Date: 03/31/2006   MED: 04/13/2006   STRD: 04/13/2006   ADJ: 04/13/2006   PED:   Statutory Days Earned:

| CASE# Court/Type | CRA# Judge | Charge Desc./ Sen Type/Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0511005411 U7 | VN0511191301 Richard R Cooch | VOP (FORGERY 2ND) STANDARD   04/13/2006 | Current 03/30/2006 | 0 | 14 | | 03/31/2006 | 04/13/2006 | 04/13/2006 | 04/13/2006 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0511191301 | 5 | CRT1 | Other Conditions: | SENTENCED TO 2Y L5 SUSP. AFTER 14D L5 FOR BAL. @ L4 CREST./CAR |

Your sent order read the same as your Status Sheet

7

# Certificate of Service

I, Paul F. Romano Jr, hereby certify that I have served a true and correct cop(ies) of the attached: __Sentence Modification of sentence__ upon the following parties/person (s):

TO: Judge Richard R. Cooch
500 Nth King Str
Wil. Del. 19801

TO: Attorney Generals' off.
8th Floor Carvel State Bld
820 Nth French Str
Wil. Del. 19801
ATT Carl Danberg

TO: Prothonotary Superior Court
ATT Clerk of court
500 Nth King Str.
Wil. Del. 19801

TO: Attorney General's office
8th Floor Carvel State Bld.
820 Nth French Str.
Wil. Del. 19801
ATT Carl Danberg

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977, postage to be paid by the Dept. Of Corrections.

On this 20 day of October, 2006

Respectfully
Paul F. Romano Jr
10/20/06

8

SBI #

2/4

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

# IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE                )
                                 )   Cr. A. No. UN-0511-191301
V.                               )
                                 )
Romano Paul F.                   )   I.D. No. 0511005411    (if known)
Correct Full Name of Movant      )
                                 )
_N/A_                            )
Movant's Alias(es), if any       )
                                 )
DOB: 7/1/64                      )
SBI Number: 172653.              )
                                 )
Defendant Paul F. Romano JR.     )


MOTION FOR ___Modification___
(Sentence Reduction/ Modification)

1. The Court imposed Movant's sentence on the following date: 4/13/06 .

2. The judge who imposed the sentence was Judge Richard R. Cooch

3. Offenses for which Movant was sentenced and length of sentence(s):
   HoLD Level III Till bed space available Level III
   2 yrs Level V Susp. After 14D L.V For BaL @
   L III crest/aftercare 18. months

4. State the grounds upon which you believe that the Court should modify or reduce your sentence. You must state the relevant facts in support of the grounds you raise:

9

3/4

Ground one: <u>Failed To Release</u>
Supporting facts: <u>Sentence order stated</u>
<u>Hold Level III Till Bed space Level IV</u>
<u>Availiable, DOC failed to Release.</u>
<u>Then modified paperwork.</u>

Ground two: <u>Contodiction In words</u>
Supporting facts:
<u>Soccesful completion — 2yr suspended for</u>
<u>Crest 18 months After care, Only</u>
<u>Allows 6 months for crest not</u>
<u>New Horizans, Civigenits</u>

Ground three: <u>Crest vs civigenits</u>
Supporting facts:
<u>I was sentenced on 4/13 to Crest when</u>
<u>Bed space was Avaliable Plummer Center</u>
<u>Wilmington, DOC failed to Release me!</u>
<u>Then forced me to complete Civigenits Extending</u>
<u>Time over what sentencing order Allows</u>
<u>6 months crest — 18 months After care!</u>

Ground four: <u>Falure to meet critera</u>
Supporting facts:
<u>Civigenits is a theraputic community</u>
<u>My Sentence was Drug Related where I</u>
<u>was sentenced to Baudwine Counceling</u>
<u>Drug Program not a Behaveral Program.</u>
<u>Also lost Everything — Home, Belongings Etc.</u>
<u>Do to Doc failure to Release then Alter Documents.</u>

4-4.

Wherefore, in light of the above, movant asks that the Court modify/ reduce his sentence as follows:

I Know Have 8 Months complete on 2 yrs. 2 months over Allowed Amount Release from Level IV Back to Level II with outside Treatment which was first Sentenced for Remainder of time Left of Sentence.

_Pro-se_
Signature of attorney (if any)

I declare the truth of the above under penalty of perjury.

10/20/06
Date signed

Paul F. Romano
Signature of movant
(Notarization not required)

Paul F. Romano JR
SBI# 172653

In the Superior Court of the State of Delaware

Romano Paul F. JR.
_Defendant_
Appellant,

No: 0511005411

vs.

Richard R. Cooch.
_Respondent_   Below
Appellee

NOTICE OF APPEAL

TO: Judge Richard R. Cooch
Superior Court 500 th
King Str.
Wil. Del. 19801

PLEASE TAKE NOTICE that Romano Paul F. JR., Superior Court below Appellant does Here by Appeal to the Superior Court of the State of Delaware From the order _denying Defendant post-conviction motion_ of the Superior Court in and For New Castle County, by Richard R. Cooch, Dated 4-13-06, In case Number 0511005411 in that court A copy of the Decision sought to be Reviewed is) [ ] Attached Here to  [ ] is not available

The name and address of the Attorney below for Appellee is N/A

State of Delaware Superior Court. The.

Party Against whom the Appeal is taken is Richard R. Cooch

The name and address of the Attorney below for the Party Against whom The Appeal is not taken is Pro-Se, SCI, Route 113, P.O Box 500 Georgetown, De, 19947  The party against whom the appeal is not taken is Romano Paul F. JR.

Please Take Further Notice that appellant hereby designates the transcript I Accordance with Rule 7(c)(6) and 9(e)(ii) In the following Manner: The preparation of the transcripts is not Required See Exibit A.

Dated: 10/17/06

Paul F. Romano Jr
Sussex County (Inst)
Route 113 P.O Box 500 Georgetown
Delaware, 19947
Attorney for Pro Se Paul F. Romano Jr
                          Below Appellant

13

3-5                       "Exibit A"

On 4/13, I was Released from Level II to Level III Hold Awaiting Bedspace Level IV Crest Plumber Center, Suop violated my court order falure to Release to Level III.

After I wrote Records At Suop they Realized that they made a mistake and sent me to Cuop 6 days later 4/19, where they Imeditaly Placed me Into Civigenits Primer 2nd violation of my court order, Inclosed is a copy of my court work sheet which Cuop & Suop covered up & Remaid my Sentence order statis sheet.

I am Currently At Cuop where I Attended Civigenits Primer And Passed, not Crest, I was Sanctioned for a Bascic Infraction, over 57 days when I Returned, I signed out To only get another sanction for 60 days, my Attempt to see my Judge, I Have 8 months In Level IV and Have not made Phase III Because of these Sanctions And Further set Backs from work Release Crest. I was sentenced to Level IV Crest Does court Have Jurisdiction!

I am know Sueing the Counslors of Crest Civigenits Primer So know I Have a conflict of difference.?

I Ask for Releef!

Violations: Falure to due Process
           Crule & unusual Punishment
           Excesive Punishment.
           Tampering with court Documents

                                    Paul Romany
                                 14 SBI 172653 - 10/19/06

4-5    Forma Pauperis    28 U.S.C. § 1983, 1915 (B)

Romano Paul F. JR.
  Defendant                :    NO: 0511005411

Richard R. cooch
  Respondent

## Forma Pauperis

On This day 20, October, 2006 I Hereby Request for Releaf of Payment of filling fees

I Am Currently In C vap And such forms are not Availible, Please Except this form AS A 28 U.S.C. § 1915   28 U.S.C. § 1915 (B) Please Accept Appeal.

Respectfully:
Paul F. Romano
Paul F. Romano JR
SBI# 172653

15

S-5

## Certificate of Service

I <u>Paul F. Romano JR.</u> : Swear under Penalty of Perjury that I Have Mailed a True Copy of the Enclosed letter Requesting specific Performance of the court order to <u>Richard R. Cooch</u>, 500 vt King Str. Wil. Dela. 19801 1st class Postage Prepaid By Prision Authorites by depositing same as U.S. Mail. Box at the Cuop Central, SMyrna, Delaware 19977. on the __17__ day of __October__, 2006

                                                Paul F. Romano  10/17/06

6

AO 241 (Rev. 5/85)

C. Ground three: _Exibit "B" 1-4_

Supporting FACTS (state *briefly* without citing cases or law): _Exibit "C"_

D. Ground four _Exibit "C" 1-5_

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☒  No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _Pro. Se,_
    _N/A_

    (b) At arraignment and plea _N/A_

(6)

AO 241 (Rev. 5/85)

(c) At trial _____

_____

(d) At sentencing _____

_____

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
   Yes ☒  No ☒  Shoplifting forgery 2nd

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   Yes ☐  No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future: ___N/A___

   _____

   (b) Give date and length of the above sentence: _____

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____Pro Se_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__11/1/06__
(date)

_____Paul F. Romano Jr._____
Signature of Petitioner

(7)

## Certificate of Service

I __Paul F. Romano__, swear under Penalty of Perjury that I Have Mailed a True copy of the Enclosed letters Requesting specific Performance of the court order to <u>U.S. District court, 500 nt Kiny St. Wilm, Dela, 19801</u>, 1st class Postage Prepaid by Prision Authorities by depositing Same As U.S. Mail Box at the CUOP Central, Smyrna, Delaware 19977. on the __1__, day of __october__, 2006

Paul F. Romano    11/1/06

19