D.I. # _____

# CIVIL ACTION
# NUMBER: <u>              06 cv 686                </u>

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark: WILMINGTON DE, RODNEY SQ STA, FEB 9 2007, USPS

Name (Please Print Clearly) (To be completed by mailer)
WARDEN VINCE BANCO
Street, Apt. No.; or PO Box No.
CENTRAL VOP CTR, 875 Smyrna Landing Rd, P.O. Box 5003
City, State, ZIP+ 4
Smyrna, DE 19977       06 cv 686

PS Form 3800, July 1999       See Reverse for Instructions

7041 3220 0010 3831 8651