D.I. #_____

# CIVIL ACTION
# NUMBER: 06cv 686

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Name (Please Print Clearly) (To be completed by mailer)
LOREN MEYERS
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No. 820 N. FRENCH STREET
City, State, ZIP+ 4  WILMINGTON, DE 19801

06cv686JJF

PS Form 3800, July 1999    See Reverse for Instructions

Postmark: WILMINGTON DE 19801, FEB 9 2007, RODNEY SQ STA, USPS