D.I. # 8

# CIVIL ACTION
# NUMBER: 06CV686JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

