IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAUL F. ROMANO, JR., :
:
    Petitioner, :
:
v. : Civ. Act. No. 06-686-JJF
:
VINCENT BIANCO, Warden, :
and JOSEPH R. BIDEN, III, Attorney :
General of the State of Delaware, :
:
    Respondents. :

## ORDER

This __3__ day of __APRIL__, 2007,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before April 27, 2007.

*[signature]*
United States District Judge