## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PAUL F. ROMANO, JR.**, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-686-JJF |
| **VINCENT BIANCO**, Warden, and **JOSEPH R. BIDEN, III**, Attorney General for the State of Delaware, | : |
| Respondents. | : |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents have been manually filed with the Court and are available in paper form only:

    a. Criminal Docket (ID No. 0511005411)

    b. Sentence Order (Mar. 6, 2006)

    c. Violation of Probation Sentencing Worksheet (Apr. 13, 2006)

    d. Violation of Probation Sentence order (Apr. 13, 2006)

    e. Motion for Sentence Modification (June 2, 2006)

    f. Order (June 20, 2006)

    g. Letter from Paul Romano to Judge Cooch (June 21, 2006)

    h. Letter from Judge Cooch to Paul Romano (July 21, 2006)

    i. Motion for Sentence Review (Sept. 6, 2006)

    j. Order (Sept. 13, 2006)

    k. Motion for Modification of Sentence (Oct. 20, 2006)

    l. Order (Nov. 1, 2006)

    m.  Motion for Postconviction Relief (Dec. 13, 2006)

    n.  Order (Dec. 18, 2006).


                                     <u>/s/ Elizabeth R. McFarlan</u>
                                       Deputy Attorney General (Del. Bar. ID #. 3759)
                                     Department of Justice
                                     820 N. French Street
                                     Wilmington, DE 19801
                                     (302) 577-8500
                                     elizabeth.mcfarlan@state.de.us

April 27, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on April 27, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Paul F. Romano, Jr.
    SBI No. 172653
    Plummer Center
    38 Todds Lane
    Wilmington, DE 19802

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us