IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAUL F. ROMANO, JR., :
:
       Petitioner, :
:
v. : Civ. Act. No. 06-686-JJF
:
VINCENT BIANCO, Warden, and :
ATTORNEY GENERAL OF THE STATE :
OF DELAWARE, :
:
       Respondents. :

### O R D E R

At Wilmington, this 12 day of December, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Paul F. Romano, Jr.'s Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE