



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAUL F. ROMANO, JR.,            :
                                :
        Petitioner,             :
                                :
    v.                          :   Civ. Act. No. 06-686-JJF
                                :
VINCENT BIANCO, Warden, and     :
ATTORNEY GENERAL OF THE STATE   :
OF DELAWARE,                    :
                                :
        Respondents.            :

### O R D E R

At Wilmington, this 12 day of December, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Paul F. Romano, Jr.'s Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE